UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHRYN BOURDGANIS,

        Plaintiff,

        Case No. 2:08-cv-11282

vs.

        Hon. Patrick J. Duggan

NORTHERN TRUST BANK,
        Mag. Judge Hon. Mona Majzoub
A DIVISION OF THE NORTHERN
TRUST COMPANY,

        Defendant.
_____/

## ORDER ALLOWING FILING OF AMENDED COMPLAINT

Pursuant to the Stipulation (Doc. #24) of the parties;

IT IS HEREBY ORDERED that Plaintiff is allowed to file an Amended Complaint forthwith to add Daniel Bourdganis as a party plaintiff to this action.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: November 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 10, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager