UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHRYN BOURDGANIS, *et al*,

      Plaintiffs,

v.

THE NORTHERN TRUST COMPANY, an Illinois
banking corporation,

      Defendant.
_____/

Case No. 2:08-cv-11282
District Judge Patrick J. Duggan
Magistrate Judge Mona K. Majzoub

## ORDER FOR DISMISSAL

At a session of the Court held in
Detroit, Michigan on: April 10, 2009

PRESENT: Hon. Patrick J. Duggan
U. S. District Judge

    Counsel for the parties have stipulated to entry of this order and have advised the Court that this action has been fully settled. The Court is otherwise fully advised, and orders as follows:

    Plaintiffs' complaint, and all amendments thereto, are dismissed with prejudice and without costs.

                    s/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: April 10, 2009
I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2009, by electronic and/or ordinary mail.

                    s/Marilyn Orem
                    Case Manager

2

## **STIPULATION**

We stipulate to the entry of the above order.

| | |
|---|---|
| PEDERSEN KEENAN KING WACHSBERG & ANDRZEJAK | WALTON & DONNELLY, P.C. |
| s/ Michael M. Wachsberg<br>Michael M. Wachsberg (P28646)<br>4057 Pioneer Drive, Suite 300<br>Commerce Township, MI 48390<br>wachsberg@pkkwa.com<br>Attorneys for Plaintiff | s/ Jonathan T. Walton, Jr.<br>Jonathan T. Walton, Jr. (P32969)<br>535 Griswold, Ste. 1550<br>Detroit, MI 48226<br>jonathan.walton@waltondonnelly.com<br>Attorneys for Defendant |

2